CHRISTOPHER A. SEEGER [CO NJ NY]
STEPHEN A. WEISS [NY]
DAVID R. BUCHANAN [NJ NY]
DIOGENES P. KEKATOS [NY]
MOSHE HORN [NJ NY]
JEFFREY S. GRAND [NY]
LAURENCE V. NASSIF [NJ NY]
MICHAEL L. ROSENBERG [NJ NY]
MARC S. ALBERT [NY]
JONATHAN SHUB [CA CO NY PA]
―――――
DONALD R. BRADFORD [Δ OK]
JAMES A. O'BRIEN III [Δ MA NY]
TERRIANNE BENEDETTO [Δ NJ NY PA]
SINDHU S. DANIEL [Δ MI NJ PA]

**SEEGER WEISS LLP**
ATTORNEYS AT LAW
550 BROAD STREET
NEWARK, NEW JERSEY 07102-4573
(973) 639-9100
FAX (973) 639-9393
www.seegerweiss.com

PARVIN K. AMINOLROAYA [NJ NY]
ASIM M. BADARUZZAMAN [NJ]
RICK BARRECA [NJ NY]
KEVIN G. BOISVERT [NJ RI]
ASA R. DANES [NY]
DENNIS M. GEIER [NJ NY]
SCOTT A. GEORGE [NJ PA]
PERPETUA MGBADA [NY]
ANDREA M. PI-SUNYER [NY]
DENISE K. STEWART [NJ]
JOSEPH TSAI [NJ NY]
CHRISTOPHER M. VAN DE KIEFT [NY]
DANIEL R. WASP [NJ NY]

Δ COUNSEL
Attorneys admitted in
states as denoted.

April 21, 2011

<u>VIA ECF</u>
Honorable Peter G. Sheridan
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:  *Laney v. American Standard Companies, Inc.*, No. 07-3991 (PGS) (ES)

Dear Judge Sheridan:

      This firm, together with Mehri & Skalet, PLLC and Mason Law Firm, LLP, represent Plaintiffs, Stephen Laney, in the above reference actions.  We write jointly on behalf of Stephen Laney and defendant American Standard Companies, Inc. to advise the Court that Stephen Laney and American Standard Companies, Inc. have reached a settlement in principle that resolves the above referenced matter.  Thus, the parties respectfully request that the Court enter a 60-day dismissal order, pursuant to Local Civil Rule 41.1(b), at its earliest convenience.

      We thank the Court for its consideration of the foregoing and are available should Your Honor or your staff have any questions or need anything further.

      Respectfully submitted,

      */s/ Scott Alan George*
      Scott Alan George, Esq.

SAG/leg

    Cc:    Hon. Esther Salas, U.S.M.J. (via ECF)
           All Counsel of Record (via ECF)